**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 706 MAL 2020

Respondent      :

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

v.      :

KWILSON COLEMAN,      :

Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.